UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHUBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/25/2025
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
     DEPUTY CLERK

| | |
|---|---|
| HOUSING OPPORTUNITIES MADE EQUAL OF VIRGNIIA, INC., et al.,<br><br>*Plaintiff*,<br>v.<br><br>THOMAS JEFFERSON CROSSINGS HOMEOWNERS ASSOCIATION., INC., et al.,<br><br>*Defendants*. | CASE NO. 6:23-cv-00048<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

Plaintiff Housing Opportunities Made Equal of Virgina, Inc. ("Housing Opportunities") filed a motion to deem Defendants' motion to dismiss or transfer venue withdrawn, and for entry of default in the above-captioned case. Dkt. 16.

Defendants filed responsive pleadings in this case shortly after the filing of this motion, and the parties have been litigating this case for over two years in the Western District of Virginia without further dilatory action. As such, the motion is **DISMISSED AS MOOT**.

It is so **ORDERED**.

The Clerk of Court is directed to deliver a copy of this Order to all counsel of record. Entered this 25th day of August, 2025.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE